

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00215-CV

**Letha Pillai**

v.

**Jesus Vega and Dalia Vega**

NO. 2011-68692 IN THE 234TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 01/26/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 11/17/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 10/09/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/25/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 05/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 05/13/2014 | E-PAID | ANT |
| CLK RECORD | $107.00 | 04/14/2014 | PAID | ANT |
| FILING | $175.00 | 03/25/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/25/2014 | E-PAID | ANT |
| RPT RECORD | $1,404.25 | 03/19/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,766.25.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 25, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**